# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| COMMONWEALTH OF PENNSYLVANIA, | : | No. 153 EM 2016 |
|---|---|---|
| Respondent | : | |
| | : | |
| v. | : | |
| | : | |
| JULIO CHRISTIAN, | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 15th day of November, 2016, the "Petition for Assumption of Jurisdiction and Consolidation" is **DENIED**.